IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESUS SANCHEZ VERGARA,**<br>                    *Petitioner*,<br><br>          v.<br><br>**MARKWAYNE MULLIN,** Secretary, U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE,** U.S. Attorney General; **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; J.L. JAMISON,** Warden of the Philadelphia Federal Detention Center,<br>                    *Respondents*. | **Civil No. 26-5652** |

## ORDER

**AND NOW**, this 10th day of August, 2026, upon consideration of the Petition of Jesus Sanchez Vergara for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Government shall respond to the petition by August 17, 2026.  Petitioner shall file his reply, if any, on or before August 24, 2026.

                                        **BY THE COURT:**

                                        _____
                                        MARY KAY COSTELLO
                                        United States District Judge