**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JESUS SANCHEZ VERGARA,**<br>*Petitioner,*<br><br>v.<br><br>**MARKWAYNE MULLIN,** Secretary, U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE,** U.S. Attorney General; **THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and J.L JAMISON,** as Warden of the Philadelphia Federal Detention Center,<br>*Respondents.* | **Civil No. 26-5652** |

**ORDER**

**AND NOW**, this 14th day of September, 2026, upon consideration of the Respondents' Certification of Compliance (ECF No. 7), it is hereby **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge